```
MILDRED EUBANKS BARNES            DICKEYS BBQ                       NMAC
29 ROSE LN                        4514 COLE AVE                     POB 660366
LAUREL, MS 39443                  DALLAS, TX 75205                  DALLAS, TX 75266



THOMAS C. ROLLINS, JR.            ECO SOUTH                         ONE CASH
THE ROLLINS LAW FIRM, PLLC        PO BOX 91568                      415 EVERGREEN WAY
P.O. BOX 13767                    MOBILE, AL 36691                  EVERETT, WA 98203
JACKSON, MS 39236



AIR GAS                           HOLIFIELD RESTAURANT              OPS PLUS
PO BOX 734672                     107 N 14TH AVE                    PO BOX 3020
DALLAS, TX 75373                  LAUREL, MS 39440                  JACKSON, MS 39207



BRADY INDUSTRIES                  INTERNAL REVENUE SERVI            PYE BAKER
7055 LINDELL RD                   CENTRALIZED INSOLVENCY            2102 SANDY LN
LAS VEGAS, NV 89118               P.O. BOX 7346                     LAUREL, MS 39440
                                  PHILADELPHIA, PA 19101-7346



BRITTANY BARNES                   INTERNAL REVENUE SERVI            SUNBELT FEDERAL CU
22 ROSE LN                        C/O US ATTORNEY                   ATTN: BANKRUPTCY
LAUREL, MS 39443                  501 EAST COURT ST                 6885 US HWY 49
                                  STE 4.430                         HATTIESBURG, MS 39402
                                  JACKSON, MS 39201



CENTERPOINT ENERGY                J&J PRODUCE                       SYNCHRONY BANK
P.O. BOX 1700                     105 FREDERICK ST                  ATTN: BANKRUPTCY
HOUSTON, TX 77251                 HATTIESBURG, MS 39401             PO BOX 965060
                                                                    ORLANDO, FL 32896



CITY PROPERTIES LLC               JIMMY BARNES JR                   SYSCO
2139 HWY 15                       29 ROSE LN                        4400 MILWALKEE ST
LAUREL, MS 39440                  LAUREL, MS 39443                  JACKSON, MS 39209



COMCAST                           MS DEPT OF REVENUE                TOM'S COMMERCIAL A/C
220 LAKERIDGE DRIVE SE            BANKRUPTCY SECTION                3 TEN ACRES RD
SMYRNA, GA 30082                  PO BOX 22808                      LAUREL, MS 39443
                                  JACKSON, MS 39225-2808



COZZINI BROS                      MS POWER                          US ATTORNEY GENERAL
8430 W BRYN MAWR AVE              P.O. BOX 245                      US DEPT OF JUSTICE
CHICAGO, IL 60631                 BIRMINGHAM, AL 35201              950 PENNSYLVANIA AVENW
                                                                    WASHINGTON, DC 20530-00
```

```
US BK CACS
ATTN: BANKRUPTCY
PO BOX 5229
CINCINNATI, OH 45201


US FOODS
3682 COLLECTIONS CT
CHICAGO, IL 60693


WELLS FARGO
800 WALNUT
DES MOINES, IA 50309
```