IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                       CHAPTER 7

MILDRED EUBANKS BARNES                CASE NUMBER: 25-50620 KMS

### REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE AND APPOINTMENT OF SUCCESSOR TRUSTEE

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because:    <u>CONFLICT OF INTEREST</u>

                                                    <u>s / Derek A. Henderson</u>
                                                    Derek A. Henderson, Trustee

Effective this date, I hereby accept the rejection/resignation of <u>Derek A. Henderson</u> having been previously appointed as interim trustee and hereby appoint <u>Zachary Wessler</u> as successor interim trustee. **The meeting of creditors is continued to July 8, 2025, at 9:30am.**

DATE: _____           DAVID W. ASBACH
                                                Acting United States Trustee Region V
                                                Judicial Districts of Louisiana and Mississippi

                                           By: _____
                                                ABIGAIL M. MARBURY
                                                Assistant United States Trustee