**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                 CHAPTER 7

MILDRED EUBANKS BARNES               CASE NUMBER: 25-50620 KMS

**REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE**
**AND APPOINTMENT OF SUCCESSOR TRUSTEE**

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because: <u>CONFLICT OF INTEREST</u>

                                                       s / Derek A. Henderson
                                                       Derek A. Henderson, Trustee

Effective this date, I hereby accept the rejection/resignation of <u>Derek A. Henderson</u> having been previously appointed as interim trustee and hereby appoint <u>Zachary Wessler</u> as successor interim trustee. **The meeting of creditors is continued to July 8, 2025, at 9:30am.**

DATE: _____         DAVID W. ASBACH
                                                  Acting United States Trustee Region V
                                                  Judicial Districts of Louisiana and Mississippi

                                          By: _____
                                                  ABIGAIL M. MARBURY
                                                  Assistant United States Trustee