UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MILDRED EUBANKS BARNES  CASE NUMBER: 25-50620-KMS

DEBTOR(S)  CHAPTER 7

## NOTICE RESCHEDULING MEETING OF CREDITORS DUE TO RESIGNATION AND APPOINTMENT OF SUCCESSOR TRUSTEE

The Acting United States Trustee for Region 5, David W. Asbach, upon receipt of resignation of trustee and appointment of below named successor trustee, hereby reschedules the meeting of creditors in the above styled and numbered case to the **8th** day of **JULY**, **2025**, at **9:30am** to be held via Zoom:

**Trustee: Zachary Wessler**
**Zoom Meeting Website: www.zoom.us/join**
**Zoom Meeting ID: 737 172 4879**
**Zoom Meeting Passcode: 9305294709**
**[Alternate Call-in number: (769) 219-3337]**

Dated: May 22, 2025

                                                  DAVID W. ASBACH
                                                  Acting United States Trustee
                                                  Region 5, Judicial Districts of
                                                  Louisiana and Mississippi

                        By:    /*s*/ Sarita Dukes
                                  Legal Assistant

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served this day on the attached Matrix and the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system:

Mildred Eubanks Barnes
29 Rose Lane
Laurel, MS 39443

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

All Creditors listed on the Matrix

Zachary Wessler
chapter7trustee@wesslerlawgroup.com


Dated: May 22, 2025

                                                    /*s*/ Sarita Dukes
                                                    Legal Assistant

MILDRED EUBANKS BARNES
29 ROSE LN
LAUREL, MS 39443

DICKEYS BBQ
4514 COLE AVE
DALLAS, TX 75205

NMAC
POB 660366
DALLAS, TX 75266

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ECO SOUTH
PO BOX 91568
MOBILE, AL 36691

ONE CASH
415 EVERGREEN WAY
EVERETT, WA 98203

AIR GAS
PO BOX 734672
DALLAS, TX 75373

HOLIFIELD RESTAURANT
107 N 14TH AVE
LAUREL, MS 39440

OPS PLUS
PO BOX 3020
JACKSON, MS 39207

BRADY INDUSTRIES
7055 LINDELL RD
LAS VEGAS, NV 89118

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

PYE BAKER
2102 SANDY LN
LAUREL, MS 39440

BRITTANY BARNES
22 ROSE LN
LAUREL, MS 39443

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

CENTERPOINT ENERGY
P.O. BOX 1700
HOUSTON, TX 77251

J&J PRODUCE
105 FREDERICK ST
HATTIESBURG, MS 39401

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CITY PROPERTIES LLC
2139 HWY 15
LAUREL, MS 39440

JIMMY BARNES JR
29 ROSE LN
LAUREL, MS 39443

SYSCO
4400 MILWALKEE ST
JACKSON, MS 39209

COMCAST
220 LAKERIDGE DRIVE SE
SMYRNA, GA 30082

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

TOM'S COMMERCIAL A/C
3 TEN ACRES RD
LAUREL, MS 39443

COZZINI BROS
8430 W BRYN MAWR AVE
CHICAGO, IL 60631

MS POWER
P.O. BOX 245
BIRMINGHAM, AL 35201

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-00

```
US BK CACS
ATTN: BANKRUPTCY
PO BOX 5229
CINCINNATI, OH 45201


US FOODS
3682 COLLECTIONS CT
CHICAGO, IL 60693


WELLS FARGO
800 WALNUT
DES MOINES, IA 50309
```