IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| MILDRED EUBANKS BARNES | CASE NUMBER: 25-50620 KMS |

**AGREED ORDER**

THIS MATTER COMES before the Court upon Motion to Approve Agreed Order for Abandonment and Termination of §362 Automatic Stay filed by Sunbelt Federal Credit Union (Docket No. ___) and the Court being advised that all parties have agreed to the requested relief, and that the Motion to Approve Agreed Order for Abandonment and Termination of §362 Automatic Stay is well taken and should be granted.

THEREFORE, IT IS ORDER, ADJUDGED AND DECREED that the Motion to Approve Agreed Order for Abandonment and Termination of §362 Automatic Stay filed by Sunbelt Federal Credit Union  is hereby granted and further the §362 automatic stay is terminated as to Sunbelt Federal Credit Union so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely a 2019 Ford F150 (VIN 1FTEWCP7KKE59326).



EXHIBIT 1

IT IS FURTHER ORDER, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned from the bankruptcy estate.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, shall not apply to this Order.

## END OF ORDER ##

Agreed to by:


s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com


s/Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., MSB #103469
Attorney for the Debtor
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

Approved as to form by:


s/Zachary S. Wessler, Sr.
Zachary S. Wessler, Sr.
Chapter 7 Trustee
1806 23rd Avenue, Suite A
Gulfport, MS 39501
(228) 207-0496
chapter7trustee@wesslerlawgroup.com