# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **MILDRED EUBANKS BARNES,**                 **CASE NO. 25-50620-KMS**

                *Debtor.*                                                     **CHAPTER 7**

**To:**   Derek A. Henderson, Esq.
       Sunbelt Federal Credit Union

### Notice to File Corporate Ownership Statement

On June 18, 2025 you filed a Motion for Relief from the Automatic Stay (Dkt. #15) on behalf of Sunbelt Federal Credit Union (the "Movant") in the above-referenced case. Pursuant to Miss. Bankr. L.R. 9014-1(c)(1) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement containing the information described in Fed. R. Bankr. Rule 7007.1.[1]

**Therefore,** on or before **June 23, 2025** the Movant must file the required Statement[2]. Failure to file a Corporate Ownership Statement may result in a hearing to show cause why sanctions should not be imposed for failure to comply with Miss. Bankr. L.R. 9014-1(c)(1).

Dated: June 20, 2025                                     Danny L. Miller, Clerk of Court
                                                                 Thad Cochran U. S. Courthouse
                                                                 501 E Court St Ste 2.300
                                                                 Jackson, MS 39201
                                                                 601-608-4600

---

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.

[2] Corporate Ownership Statement (Local Form MSSB-7007.1-Bk) is available on the court's website www.mssb.uscourts.gov.

(Rev. 12/05/2023)