United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50620-KMS |
| Mildred Eubanks Barnes | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred Eubanks Barnes, 29 Rose Ln, Laurel, MS 39443-2918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mildred Eubanks Barnes trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 4

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: June 26, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          BANKRUPTCY PROCEEDING

MILDRED EUBANKS BARNES                                          CASE NUMBER: 25-50620 KMS

**AGREED ORDER**

THIS MATTER COMES before the Court upon Motion to Approve Agreed Order for Abandonment and Termination of §362 Automatic Stay filed by Sunbelt Federal Credit Union (Docket No. 15) and the Court being advised that all parties have agreed to the requested relief, and that the Motion to Approve Agreed Order for Abandonment and Termination of §362 Automatic Stay is well taken and should be granted.

THEREFORE, IT IS ORDER, ADJUDGED AND DECREED that the Motion to Approve Agreed Order for Abandonment and Termination of §362 Automatic Stay filed by Sunbelt Federal Credit Union is hereby granted and further the §362 automatic stay is terminated as to Sunbelt Federal Credit Union so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely a 2019 Ford F150 (VIN 1FTEWCP7KKE59326).

IT IS FURTHER ORDER, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned from the bankruptcy estate.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, shall not apply to this Order.

## END OF ORDER ##

Agreed to by:


s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com


s/Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., MSB #103469
Attorney for the Debtor
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

Approved as to form by:


s/Zachary S. Wessler, Sr.
Zachary S. Wessler, Sr.
Chapter 7 Trustee
1806 23rd Avenue, Suite A
Gulfport, MS 39501
(228) 207-0496
chapter7trustee@wesslerlawgroup.com