# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Mildred Eubanks Barnes**                                    Case No.  **25-50620**
                                          Debtor(s)                  Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 27, 2025**              **/s/ Mildred Eubanks Barnes**
                                      **Mildred Eubanks Barnes**
                                      Signature of Debtor

```
MILDRED EUBANKS BARNES         DICKEYS BBQ                    MS POWER
29 ROSE LN                     4514 COLE AVE                  P.O. BOX 245
LAUREL, MS 39443               DALLAS, TX 75205               BIRMINGHAM, AL 35201



THOMAS C. ROLLINS, JR.         ECO SOUTH                      NMAC
THE ROLLINS LAW FIRM, PLLC     PO BOX 91568                   POB 660366
P.O. BOX 13767                 MOBILE, AL 36691               DALLAS, TX 75266
JACKSON, MS 39236



AIR GAS                        HOLIFIELD RESTAURANT           ONE CASH
PO BOX 734672                  107 N 14TH AVE                 415 EVERGREEN WAY
DALLAS, TX 75373               LAUREL, MS 39440               EVERETT, WA 98203



BRADY INDUSTRIES               HOLT & ASSOCIATES ***          OPS PLUS
7055 LINDELL RD                2815 HWY 15 N                  PO BOX 3020
LAS VEGAS, NV 89118            LAUREL, MS 39440               JACKSON, MS 39207



BRITTANY BARNES                INTERNAL REVENUE SERVI         PYE BAKER
22 ROSE LN                     CENTRALIZED INSOLVENCY         2102 SANDY LN
LAUREL, MS 39443               P.O. BOX 7346                  LAUREL, MS 39440
                               PHILADELPHIA, PA 19101-7346



CENTERPOINT ENERGY             INTERNAL REVENUE SERVI         SUNBELT FEDERAL CU
P.O. BOX 1700                  C/O US ATTORNEY                ATTN: BANKRUPTCY
HOUSTON, TX 77251              501 EAST COURT ST              6885 US HWY 49
                               STE 4.430                      HATTIESBURG, MS 39402
                               JACKSON, MS 39201



CITY PROPERTIES LLC            J&J PRODUCE                    SYNCHRONY BANK
2139 HWY 15                    105 FREDERICK ST               ATTN: BANKRUPTCY
LAUREL, MS 39440               HATTIESBURG, MS 39401          PO BOX 965060
                                                              ORLANDO, FL 32896



COMCAST                        JIMMY BARNES JR                SYSCO
220 LAKERIDGE DRIVE SE         29 ROSE LN                     4400 MILWALKEE ST
SMYRNA, GA 30082               LAUREL, MS 39443               JACKSON, MS 39209



COZZINI BROS                   MS DEPT OF REVENUE             TOM'S COMMERCIAL A/C
8430 W BRYN MAWR AVE           BANKRUPTCY SECTION             3 TEN ACRES RD
CHICAGO, IL 60631              PO BOX 22808                   LAUREL, MS 39443
                               JACKSON, MS 39225-2808
```

```
US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


US BK CACS
ATTN: BANKRUPTCY
PO BOX 5229
CINCINNATI, OH 45201


US FOODS
3682 COLLECTIONS CT
CHICAGO, IL 60693



WELLS FARGO
800 WALNUT
DES MOINES, IA 50309
```