United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50620-KMS
Mildred Eubanks Barnes     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Sep 03, 2025     Form ID: 318     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred Eubanks Barnes, 29 Rose Ln, Laurel, MS 39443-2918 |
| 5504231 | + | Air Gas, PO Box 734672, Dallas, TX 75373-4672 |
| 5504232 | + | Brady Industries, 7055 Lindell Rd, Las Vegas, NV 89118-4703 |
| 5504233 | + | Brittany Barnes, 22 Rose Ln, Laurel, MS 39443-9318 |
| 5504235 | + | City Properties LLC, 2139 Hwy 15, Laurel, MS 39440-1830 |
| 5504237 | + | Cozzini Bros, 8430 W Bryn Mawr Ave, Chicago, IL 60631-3497 |
| 5504238 | + | Dickeys BBQ, 4514 Cole Ave, Dallas, TX 75205-4197 |
| 5504240 | + | Holifield Restaurant, 107 N 14th Ave, Laurel, MS 39440-4113 |
| 5528268 | + | Holt & Associates, 2815 Hwy 15 N, Laurel, MS 39440-1812 |
| 5504243 | + | J&J Produce, 105 Frederick St, Hattiesburg, MS 39401-2457 |
| 5504244 | + | Jimmy Barnes Jr, 29 Rose Ln, Laurel, MS 39443-2918 |
| 5504246 | + | MS Power, P.O. Box 245, Birmingham, AL 35201-0245 |
| 5504248 | | One Cash, 415 Evergreen Way, Everett, WA 98203 |
| 5504249 | + | Ops Plus, Po Box 3020, Jackson, MS 39207-3020 |
| 5504250 | + | PYE Baker, 2102 Sandy Ln, Laurel, MS 39443-9087 |
| 5504251 | | Sunbelt Federal CU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5504253 | + | Sysco, 4400 Milwakee St, Jackson, MS 39209-2636 |
| 5504254 | + | Tom's Commercial A/C, 3 Ten Acres Rd, Laurel, MS 39443-0982 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 03 2025 19:37:00 | Nissan Motor Acceptance Company LLC fka Nissan Mot, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5504234 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Sep 03 2025 19:37:00 | CenterPoint Energy, P.O. Box 1700, Houston, TX 77251 |
| 5504236 | + | EDI: COMCASTCBLCENT | Sep 03 2025 23:36:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 5504239 | | Email/Text: rachel.perryman@ecosouthservices.net | Sep 03 2025 19:37:00 | Eco South, Po Box 91568, Mobile, AL 36691 |
| 5504242 | + | Email/Text: ebone.woods@usdoj.gov | Sep 03 2025 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5504241 | | EDI: IRS.COM | Sep 03 2025 23:36:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5504245 | | EDI: MSDOR | Sep 03 2025 23:36:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5504247 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 03 2025 19:37:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 5504252 | + | EDI: SYNC | Sep 03 2025 23:36:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5504255 | ^ | MEBN | Sep 03 2025 19:33:06 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5504257 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Sep 03 2025 19:37:00 | US Foods, 3682 Collections Ct, Chicago, IL 60693-0036 |
| 5504256 | + | EDI: USBANKARS.COM | Sep 03 2025 23:36:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 5504258 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 03 2025 19:45:23 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Sunbelt Federal Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mildred Eubanks Barnes trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 4

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Mildred Eubanks Barnes** | Social Security number or ITIN   **xxx–xx–1380** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25–50620–KMS** | | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Mildred Eubanks Barnes**
aka Mildred E Barnes

Dated: 9/3/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                               **Order of Discharge**                               page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**